Brenda HORTON, Claimant/Appellant,

v.

BOARD OF EDUCATION OF the CITY OF ST. LOUIS, and The Second Injury Fund, Respondents/Respondents.

No. ED 87168.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 16, 2006.

Kurt C. Hoener, St. Louis, MO, for appellant.

Jennifer Rae Chestnut, Eric S. Christensen—co-counsel, St. Louis, MO, for respondent.

Before NANNETTE A. BAKER, P.J., ROBERT G. DOWD, JR., J. and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Brenda Horton appeals from the Final Award Allowing Compensation of the Labor and Industrial Relations Commission (Commission) affirming the Award and Decision of Administrative Law Judge with Supplemental Opinion (Commission's Final Award). We have reviewed the briefs of the parties and the record on appeal and conclude that the Commission's

Final Award supported by competent and substantial evidence upon the whole record. See *Hampton v. Big Boy Steel Erection*, 121 S.W.3d 220, 222–23 (Mo.banc 2003). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).